UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MARIA TEVES-UPSHUR

Criminal No. 06-0017

**FILED**

FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, **Maria Teves-Upshur**, the above named defendant, who is accused of:

18 USC 371 - Conspiracy

being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on February 9, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Gladys Kessler
United States District Judge