# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　:　　Criminal No. 06-017 (GK)
　　　　　　　　　　　　　　　　:
MARIA TEVES-UPSHURE,　　　　　 :
　　　　　　　　　　　　　　　　:　　**FILED**
　　　　　Defendant.　　　　　　 :
　　　　　　　　　　　　　　　　:　　FEB 0 9 2006
_____

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is hereby this 9th day of ~~December, 2005~~ February, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than _May 26, 2006_, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than _June 5, 2006_ by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on _June 12, 2006_

**IT IS SO ORDERED.**

_Gladys Kessler_
Gladys Kessler
U.S. District Judge