UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-0017-01 (GK) |
| v. : | |
| : | |
| MARIA TEVES-UPSHUR, : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney James G. Flood, at telephone number 202-514-7131 and/or email address James.Flood@usdoj.gov.   James G. Flood will substitute for Assistant United States Attorney Jeannie Rhee as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
James G. Flood
Assistant United States Attorney
Fraud and Public Corruption Section
Bar No. 435945
555 4th Street, NW,  Room 5824
Washington, DC 20530
(202) 514-7131

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Substitution of Counsel was served by ECF to counsel for the defendant, Gary M. Sidell, Esq., 1101 Connecticut Avenue, NW, Suite 100, Washington, DC on this 5th day of June, 2006.

_____
JAMES G. FLOOD
Assistant U.S. Attorney