**GARY M. SIDELL**
ATTORNEY AT LAW
1101 CONNECTICUT AVENUE, NW.
SUITE 1000
WASHINGTON, D.C. 20036

(202) 783-0060
FAX (202) 331-9666
suitcase@erols.com

May 2, 2006

**FILED**

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Valencia Fletcher
United States Probation Officer
United States Courthouse
3rd & Constitution Ave., NW, Second Floor
Washington, D.C. 20001

Re: United States v. Maria Teves-Upshur
Criminal No. 06-17 (GK)
Pre-Sentence Report Corrections

Dear Ms. Fletcher:

Having reviewed your May 1, 2006 pre-sentence investigation report, Ms. Upshur reports the following two (2) errors:

1) At page 9, paragraph 41, in the second from last sentence, the report states that Ms. Upshur last saw her two Philippines-based children "in the summer of 2005." Ms. Upshur reports to me that she last saw her children *in 1985*, although she maintains regular e-mail contact with them.

2) At page 10, paragraph 52, in the first sentence, the report states that "[f]rom 10/2005 to 6/2006. . . ." Ms. Upshur was employed by a Dr. Walker. Ms. Upshur reports that her employment with Dr. Walker terminated on ***January 26, 2006***.

Ms. Upshur reports no errors in your report other than those two (2) identified above.

If I can provide any further information, please feel free to contact me at your convenience.

Sincerely,

Gary M. Sidell